Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| VALERIE J. ORTIZ RIOS<br><br>Peticionaria<br><br>Vs.<br><br>ROBERTO C. GERENA SOTO<br><br>Recurrido | KLCE202401197 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Municipal de Fajardo<br><br>Caso Núm. OPA-2024-048484<br><br>Sobre: Orden de Protección |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

## **RESOLUCIÓN**

En San Juan, Puerto Rico, a 7 de noviembre de 2024.

Considerado el recurso de *certiorari*, presentado por la parte peticionaria, denegamos su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
   **Al denegar la expedición de un recurso de *certiorari* en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**
Ver, además, *Rivera Figueroa v. Joe´s European Shop*, 183 DPR 580 (2011).

Número Identificador
RES2024 _____